UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

Ramon Guardado,                              CASE NO. 3:12-CV-00740-JSW
         Plaintiff,

         v.                                   STIPULATION AND [PROPOSED]
                                          ORDER SELECTING ADR PROCESS
World Savings Bank, d/b/a/ Wells
Fargo Bank, N.A.,
         Defendant.
_____/

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
☐    Non-binding Arbitration (ADR L.R. 4)
☐    Early Neutral Evaluation (ENE) (ADR L.R. 5)
x    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
☐    Private ADR (*please identify process and provider*) _____
_____

The parties agree to hold the ADR session by:
☐    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

x    other requested deadline: **90 days after the conclusion of the pleading stage**

Dated: June 15, 2012                                 */s/ Wendell J. Jones*
                                                            Wendell J. Jones
                                                            Attorney for Plaintiff
                                                            Ramon Guardado

Dated: June 15, 2012                                 */s/ M. Elizabeth Holt*
                                                            M. Elizabeth Holt*
                                                            Attorney for Defendant
                                                            Wells Fargo Bank, N.A.

*I certify that concurrence in the filing of this document has been obtained from all signatories. Gen. Order 45.X.B.

55000.0133/2238599.1

## [PROPOSED] ORDER

☒ The parties' stipulation is adopted and IT IS SO ORDERED.
☐ The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated: June 18, 2012

_____
The Honorable Jeffrey S. White
UNITED STATES DISTRICT JUDGE

When filing this document in ECF, please be sure to use the appropriate Docket Event, e.g., "Stipulation and Proposed Order Selecting Mediation."

Rev. 12/11