IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAMON GUARDADO,

    Plaintiff,                              No. C 12-00740 JSW

  v.

WORLD SAVINGS BANK,              **ORDER OF DISMISSAL**

    Defendant.
_____/

On June 7, 2012, this Court issued an order dismissing Plaintiff's complaint and providing Plaintiff leave to amend by June 29, 2012. The Court admonished Plaintiff that if he failed to file an amended complaint by June 29, 2012, all of his claims against defendant Wells Fargo Bank, N.A f/k/a World Savings Bank, FSB would be dismissed with prejudice. Plaintiff failed to file an amended complaint by this deadline. Accordingly, the Court HEREBY DISMISSES Plaintiff's complaint with prejudice.

**IT IS SO ORDERED.**

Dated: July 3, 2012

                                               JEFFREY S. WHITE
                                               UNITED STATES DISTRICT JUDGE